**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stacy J Brookstein            CHAPTER 13

Debtor(s)

BKY. NO. 24-10302 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II and index same on the master mailing list.

                                                  Respectfully submitted,

                                          /s/ *Michael Farrington*

                                          Michael Farrington
                                          09 Apr 2024, 16:36:45, EDT

                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322