**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stacy J Brookstein              CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10302 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
09 Apr 2024, 16:36:45, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: a7909e111ad3a638a6fdb815fcbd07605b773a87f06223477346bb290f206ce3